## M.A.T. ASSOCIATES *v.* STEVEN SAUNDERS (12556)

O'CONNELL, LANDAU and SCHALLER, Js.

Submitted on briefs February 28—decision released March 22, 1994

*Mark Fitzhugh Lee* filed a brief for the appellant (defendant).

*Robert J. Crean* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.